M. WILLIAM BERMAN, Appellant, v. MORRIS M. GLASER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DIRECTORS REALTY HOLDING COMPANY, Appellant, v. EMILIE LEDWIDGE McMANUS, Executrix, etc., of THOMAS J. L. McMANUS, Deceased, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PENN ARCADE REALTY CORPORATION, Respondent, v. BERNARD SHOTKIN, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL BROCIA, Appellant, Respondent, v. F. ROMEO & Co., INC., Respondent, Appellant.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK CORSARO, Respondent, v. VINCENT ASTOR and Others,. Defendants, Impleaded with EDWARD MARGOLIES, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. GEORGE METZ, as Trustee in Bankruptcy of JACOBS BREAD Co., INC., Respondent, v. BENJAMIN ERDE, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to $1,209.71; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine Compensation Relative to Terrace Place and Robbins (Jackson) Avenue, Bronx.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET CURRAN, as Administratrix, etc., Respondent, v. OLD DOMINION STEAMSHIP COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CATHERINE M. SMITH, as Administratrix, etc., Appellant, v. GEORGE H. EARLE and Others, Defendants, Impleaded with WALTER J. SALMON, Respondent.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARATHON MOTORS EXPORT COMPANY, Appellant, v. GEORGE C. TAYLOR, as President, etc., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin. JJ.